# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br>                        Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                        Plaintiff,<br>    v.<br><br>EDU. WEALTH ADVISORS LLC, and ROGER DOBROVODSKY,<br><br>                        Defendants. | Adv. Proc. No. 19-51063 (BLS) |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff, Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*(the "Plaintiff"), hereby dismisses his Complaint against Edu. Wealth Advisors LLC and Roger Dobrovodsky (collectively, the "Defendants") in the above-captioned adversary proceeding (Adv. Proc. No. 19-51063 (BLS)) in its entirety without prejudice. The Defendants have not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

This voluntary dismissal is without effect and is not applicable to the Plaintiff's remaining pending adversary proceeding against Defendants at Adv. Proc. Case No. 19-50942.

Dated:  December 5, 2019

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
            acaine@pszjlaw.com
            crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust*